# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY, | ) | |
| | ) | Civil Action No. 3:18-cv-00046 |
| *Plaintiff*, | ) | |
| | ) | Judge Crenshaw |
| V. | ) | Magistrate Judge Frensley |
| | ) | |
| SCHOLASTIC, INC.; HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY; and TED S. HASSELBRING, | ) ) ) ) | JURY DEMAND |
| *Defendants*. | ) | |

## ORDER TO AMEND CASE MANAGEMENT ORDER

This matter comes before the Court on the parties' joint motion to amend the Case Management Order. Based on the record and pleadings in this case, the Court finds that the motion is well-taken and should be granted. Accordingly, the Case Management Order in this case shall be amended as follows, with the bolded deadlines remaining unchanged from the existing schedule:

Subsequent Case Management Conference: **7/16/2019**

Discovery Motions – deadline moves from July 1st to October 4, 2019

Fact Discovery – deadline moved from August 1st to October 31, 2019

Plaintiff discloses experts – deadline moved from Sept. 16th to November 6, 2019

Defendants discloses experts – deadline moved from October 18th to December 6, 2019

Expert Discovery Motions – deadline moved from January 10th to January 17, 2020

Experts deposed by **January 31, 2020**

Dispositive Motions - **March 16, 2020**

Trial – **October 6, 2020**

It is therefore ORDERED, ADJUDGED, and DECREED that the Case Management Order in this matter shall be amended as set forth above.

It is so ordered this _____ day of _____, 2019.

_____
Jeffery S. Frensley, US Magistrate Judge