# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. 3:18-cv-00046<br>) |
| **SCHOLASTIC, INC., HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and TED S. HASSELBRING,** | ) **Chief Judge Waverly D. Crenshaw, Jr.**<br>) **Magistrate Judge Jeffery S. Frensley**<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

## VANDERBILT'S MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 37.01, and Section III.D.4-5 of Your Honor's Practice and Procedure Manual, Vanderbilt University respectfully moves for a Protective Order ruling that certain documents (the "Relevant Documents") located on its information technology ("IT") systems and equipment ("Vanderbilt's systems") are not protected under any applicable privilege. During and after the time Defendant Ted S. Hasselbring was an employee of Vanderbilt, Vanderbilt's IT policies warned Hasselbring that Vanderbilt could monitor and copy his records and electronic transactions and that Hasselbring should not expect that his use of Vanderbilt's systems is private. In the face of those warnings in Vanderbilt's IT policies, Hasselbring used Vanderbilt's systems, and so Vanderbilt now possesses the Relevant Documents. Hasselbring's use of Vanderbilt's systems while aware of Vanderbilt's IT policies waived any privilege otherwise applicable to the Relevant Documents. Therefore, Vanderbilt

respectfully requests that the Court enter an Order ruling that the Relevant Documents are not privileged.

Vanderbilt submits a Memorandum in Support of Its Motion.

Pursuant to Local Rule 7.01(a)(1), counsel for Vanderbilt has conferred with Hasselbring's counsel, and the relief requested in the motion is opposed.

Respectfully submitted,

/s/ Paige W. Mills
Paige W. Mills #016218
Mary Leigh Pirtle #026659
Ashleigh Karnell #036074
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
pmills@bassberry.com
mpirtle@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Plaintiff Vanderbilt University*

# CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon these individuals, via the Court's CM/ECF e-mail notification system, on this the 8th day of November, 2019:

Caren Decter (*pro hac vice*)
Edward H. Rosenthal (*pro hac vice*)
Matt Woleske (*pro hac vice*)
Viviane Scott (*pro hac vice*)
Frankfurt, Kurnit, Klein & Selz, P.C
488 Madison Avenue
New York, NY 10022
(212) 826-5524
cdecter@fkks.com
erosenthal@fkks.com
mwoleske@fkks.com
vscott@fkks.com

*Attorneys for Defendant, Scholastic Inc.*

Thor Y. Urness, #13641
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
Nashville, TN 37203-0025
(615) 244-2582
turness@babc.com

*Attorney for Defendant, Scholastic Inc.*

Aubrey B. Harwell, Jr., #2559
Thomas H. Dundon, #4539
Erik C. Lybeck, #35233
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
tdundon@nealharwell.com
elybeck@nealharwell.com

*Attorneys for Defendant, Ted S. Hasselbring*

Benjamin E. Marks (*pro hac vice*)
David J. Lender (*pro hac vice*)
Jessica Falk (*pro hac vice*)
Sara Lonks (*pro hac vice*)
Taylor Dougherty
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
benjamin.marks@weil.com
david.lender@weil.com
jessica.falk@weil.com

*Attorneys for Defendant, Houghton Mifflin Harcourt Publishing Company*

Michael G. Abelow, #26710
Sherrard Roe Voight & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4532
mabelow@srvhlaw.com

*Attorney for Defendant, Houghton Mifflin Harcourt Publishing Company*

                                            /s/ Paige W. Mills