# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY, | )<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:18-cv-00046 |
| SCHOLASTIC, INC., HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and TED S. HASSELBRING, | ) Chief Judge Waverly D. Crenshaw, Jr.<br>) Magistrate Judge Jeffery S. Frensley<br>) Jury Demand |
| Defendants. | ) |

## VANDERBILT'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER (DKT. NO. 164) AS MOOT

Plaintiff Vanderbilt University ("Vanderbilt") respectfully states that due to efforts of the parties to reach compromise, its Motion for Protective Order (Dkt. No. 164) has become moot and is hereby withdrawn. Vanderbilt's Motion for Protective Order sought a protective order regarding two deposition notices issued by Defendant Ted S. Hasselbring on November 13, 2019. The first deposition notice pertained to a Rule 30(b)(6) deposition of Vanderbilt, and the second deposition notice related to the Rule 30(b)(1) deposition of Sayeed Ehsan Sidiqyar. Pursuant to an agreement of the parties reached since the issuance of those deposition notices and the filing of Vanderbilt's Motion, Defendant Hasselbring has taken a limited Rule 30(b)(1) deposition of Mr. Sidiqyar and the Defendants have conducted a Rule 30(b)(6) deposition of Vanderbilt pursuant to a set of narrowed, agreed-upon Rule 30(b)(6) topics. The parties, therefore, have reached a compromise and fully resolved any remaining dispute regarding the two deposition notices that were the subject of Vanderbilt's Motion for Protective Order.

Defendant Hasselbring agrees that the issues in Vanderbilt's Motion for Protective Order (Dkt. No. 164) are moot and that the Motion should be withdrawn.

WHEREFORE, Vanderbilt respectfully withdraws its Motion for Protective Order (Dkt No. 164).

>Respectfully submitted,
>
>/s/ Paige W. Mills
>Paige W. Mills #016218
>Mary Leigh Pirtle #026659
>Ashleigh Karnell #036074
>Bass, Berry & Sims PLC
>150 Third Avenue South, Suite 2800
>Nashville, TN 37201
>(615) 742-6200
>pmills@bassberry.com
>mpirtle@bassberry.com
>ashleigh.karnell@bassberry.com
>
>*Attorneys for Plaintiff Vanderbilt University*

# CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon these individuals, via the Court's CM/ECF e-mail notification system, on this the 23rd day of December, 2019:

Caren Decter (*pro hac vice*)
Edward H. Rosenthal (*pro hac vice*)
Matt Woleske (*pro hac vice*)
Viviane Scott (*pro hac vice*)
Frankfurt, Kurnit, Klein & Selz, P.C
488 Madison Avenue
New York, NY 10022
(212) 826-5524
cdecter@fkks.com
erosenthal@fkks.com
mwoleske@fkks.com
vscott@fkks.com

*Attorneys for Defendant, Scholastic Inc.*

Thor Y. Urness, #13641
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
Nashville, TN 37203-0025
(615) 244-2582
turness@babc.com

*Attorney for Defendant, Scholastic Inc.*

Aubrey B. Harwell, Jr., #2559
Thomas H. Dundon, #4539
Erik C. Lybeck, #35233
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
tdundon@nealharwell.com
elybeck@nealharwell.com

*Attorneys for Defendant, Ted S. Hasselbring*

Benjamin E. Marks (*pro hac vice*)
David J. Lender (*pro hac vice*)
Jessica Falk (*pro hac vice*)
Sara Lonks (*pro hac vice*)
Taylor Dougherty
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
benjamin.marks@weil.com
david.lender@weil.com
jessica.falk@weil.com

*Attorneys for Defendant, Houghton Mifflin Harcourt Publishing Company*

Michael G. Abelow, #26710
Sherrard Roe Voight & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4532
mabelow@srvhlaw.com

*Attorney for Defendant, Houghton Mifflin Harcourt Publishing Company*

        /s/ Paige W. Mills