UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY, ) | |
| ) | Civil Action No. 3:18-cv-00046 |
| *Plaintiff*, ) | |
| ) | Judge Crenshaw |
| V. ) | Magistrate Judge Frensley |
| ) | |
| SCHOLASTIC, INC.; HOUGHTON MIFFLIN ) | JURY DEMAND |
| HARCOURT PUBLISHING COMPANY; and ) | |
| TED S. HASSELBRING, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER TO AMEND CASE MANAGEMENT ORDER

This matter comes before the Court on the parties' joint motion to amend the Case Management Order. Based on the record and pleadings in this case, the Court finds that the motion is well-taken and should be granted. Accordingly, the Case Management Order in this case shall be amended as follows:

**Number of Depositions**

Due to the complexity of this case, the long time period involved, and the number of parties, the parties agree that both Plaintiff and Defendants may take up to thirteen depositions per side, should that prove necessary.

**New Proposed Schedule**

Document Production—Parties shall produce substantially all documents responsive to requests served prior to December 17 on or before January 17, 2020

Discovery Motions – deadline moved from January 6, 2020 to February 10, 2020

Fact Discovery – deadline moved from January 23, 2020 to February 28, 2020

Plaintiff discloses experts – deadline moved from February 3, 2020 to March 11, 2020

Defendants discloses experts – deadline moved from March 3, 2020 to April 10, 2020

Expert Discovery Motions – deadline moved from March 16, 2020 to April 24, 2020

Experts Depositions-deadline moved from March 30, 2020 to May 8, 2020

Dispositive Motions- deadline moved from April 16, 2020 to May 20, 2020

Trial – remains at October 6, 2020

It is therefore ORDERED, ADJUDGED, and DECREED that the Case Management Order in this matter shall be amended as set forth above.

It is so ordered this 7th day of January, 2020.

_____
U.S. Magistrate Judge Jeffery S. Frensley

27557097.3