UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY, | ) | |
| | ) | Civil Action No. 3:18-cv-00046 |
| *Plaintiff*, | ) | |
| | ) | Judge Campbell |
| V. | ) | Magistrate Judge Frensley |
| | ) | |
| SCHOLASTIC, INC.; HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY; and TED S. HASSELBRING, | ) ) ) | JURY DEMAND |
| | ) | |
| *Defendants*. | ) | |

**JOINT MOTION OF VANDERBILT AND HOUGHTON MIFFLIN HARCOURT FOR ADDITIONAL EXTENSION OF DEADLINE TO BRING FACT DISCOVERY MOTIONS**

Plaintiff Vanderbilt University ("Vanderbilt") and Defendant Houghton Mifflin Harcourt Publishing Company ("HMH") jointly move the Court to enter an Order allowing either Vanderbilt or HMH until February 28, 2020 to bring a discovery motion against the other in this matter and for grounds state as follows.

1. On February 10, 2020, Vanderbilt and HMH filed a joint motion for an extension of the deadline until February 13, 2020 for either to bring fact discovery motions against the other in order to give themselves time to resolve several outstanding discovery issues without involving the Court.

2. On February 11, 2020, the Court granted the joint motion.

3. On February 13, 2020, Vanderbilt and HMH filed a second joint motion for an extension of the deadline until February 18, 2020 for either to bring fact discovery motions against the other in order to give themselves additional time to resolve several outstanding discovery issues without involving the Court.

1

4. On February 14, 2020, the Court granted the second joint motion.

5. Vanderbilt and HMH have continued to make progress on a consensual resolution of, but have not fully resolved, all of these outstanding issues.

6. In order to give Vanderbilt and HMH some additional time to try to fully resolve these disputes without involving the Court, Vanderbilt and HMH respectfully request an extension until February 28, 2020 for either to bring a fact discovery motion concerning these outstanding issues.

For the foregoing reasons, Vanderbilt and HMH respectfully request that the Court grant this joint motion to allow both Vanderbilt and HMH until February 28, 2020 to bring fact discovery motions in this matter against the other.

Dated: February 18, 2020

RESPECTFULLY SUBMITTED BY:

/s/ *Paige W. Mills*
Paige W. Mills #016218
Mary Leigh Pirtle #026659
Ashleigh Karnell #036074
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
pmills@bassberry.com
mpirtle@bassberry.com
akarnell@bassberry.com

Mary Katherine Bates (*pro hac vice*)
(Georgia Bar #384052)
John W. Harbin (*pro hac vice*)
(Georgia Bar #324130)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Phone: (404) 645-7700

2

Case 3:18-cv-00046   Document 207   Filed 02/18/20   Page 2 of 4 PageID #: 3437

Email: kbates@mcciplaw.com
Email: jharbin@mcciplaw.com

*Attorneys for Plaintiff Vanderbilt University*


/s/ *Benjamin E. Marks*
David J. Lender (*pro hac vice*)
Benjamin E. Marks (*pro hac vice*)
Sara Lonks (*pro hac vice*)
Taylor Dougherty (*pro hac vice*)
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
benjamin.marks@weil.com
david.lender@weil.com
sara.lonks@weil.com
taylor.dougherty@weil.com

Michael G. Abelow, #26710
Sherrard Roe Voight & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4532
mabelow@srvhlaw.com

*Attorneys for Defendant Houghton Mifflin Harcourt Publishing Company*

## CERTIFICATE OF SERVICE

   I certify that a true and exact copy of the foregoing has been served upon these individuals, via the Court's CM/ECF e-mail notification system, on this the 18th day of February, 2020:

Caren Decter (*pro hac vice*)
Edward H. Rosenthal (*pro hac vice*)
Matt Woleske (*pro hac vice*)
Viviane Scott (*pro hac vice*)
Frankfurt, Kurnit, Klein & Selz, P.C
488 Madison Avenue
New York, NY 10022
(212) 826-5524
cdecter@fkks.com
erosenthal@fkks.com
mwoleske@fkks.com
vscott@fkks.com

*Attorneys for Defendant, Scholastic Inc.*

Thor Y. Urness, #13641
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
Nashville, TN 37203-0025
(615) 244-2582
turness@babc.com

*Attorney for Defendant, Scholastic Inc.*

Thomas H. Dundon, #004539
Erik C. Lybeck, #035233
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
tdundon@nealharwell.com
elybeck@nealharwell.com

*Attorneys for Defendant, Ted S. Hasselbring*

              /s/ *Paige Waldrop Mills*
              Paige Waldrop Mills