IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| VANDERBILT UNIVERSITY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 3:18-CV-00046 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| SCHOLASTIC, INC.; HOUGHTON MIFFLIN | ) | Magistrate Judge Frensley |
| HARCOURT PUBLISHING COMPANY; and | ) | |
| TED S. HASSELBRING, | ) | Jury Demand |
| | ) | |
| *Defendants.* | ) | |
| ————————————————————— | ) | |
| | ) | |
| SCHOLASTIC, INC., | ) | |
| | ) | |
| *Counterclaim-Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VANDERBILT UNIVERSITY, | ) | |
| | ) | |
| *Counterclaim-Defendant.* | ) | |
| ————————————————————— | ) | |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY

Defendants Scholastic Inc. ("Scholastic"), Houghton Mifflin Harcourt Publishing

Company ("HMH"), and Ted S. Hasselbring ("Hasselbring" and, collectively, "Defendants"),

respectfully move *in limine* to limit Vanderbilt's experts' testimony at trial to exclude any

opinions raised in the rebuttal expert reports served by Plaintiff Vanderbilt University

("Vanderbilt") on October 26, 2020 (the "Rebuttal Reports"), pursuant to Fed. R. Civ. P.

37(c)(1).

As is explained in more detail in the accompanying memorandum of law in support of

this motion, on October 26, 2020, Vanderbilt served four Rebuttal Reports.  Service of these

Rebuttal Reports is a violation of the Court's Case Management Order (Dkt No. 93 (the "CMO")), which set a single deadline for Vanderbilt's expert reports and did not provide for rebuttal except with "leave of court." It also violates Local Rule 39.01(c)(5)(C), which provides that, "[e]xpert witness disclosures must be made timely in accordance with any order of the Court [i.e., the CMO]," and is in conflict with Local Rule 39.01(c)(5)(D) provides that "[n]o rebuttal expert witnesses shall be permitted at trial, absent timely disclosure in accordance with these rules and leave of Court." This failure to comply with the CMO was not substantially justified, and it harmed Defendants. Finally, although purporting to be rebuttal, the Rebuttal Reports are not actually proper rebuttal or supplemental reports, as they improperly either raise new theories or try to bolster Vanderbilt's experts' initial theories by reference to evidence that was available to them at the time Vanderbilt served its initial reports. For these reasons, Vanderbilt's experts' testimony at trial should be limited to exclude any opinions raised in the Rebuttal Reports.

This motion is further supported by Exhibits A through R to the Declaration of Edward H. Rosenthal filed herewith.

In compliance with Local Rule 7.01(a), the parties have conferred in good faith in an attempt to resolve the issues that are the subject of this motion. Vanderbilt is opposed to the underlying relief sought.

Dated: Nashville, Tennessee
November 10, 2020

/s/ Thomas H. Dundon
Thomas H. Dundon #4539
Aubrey B. Harwell, Jr. #2559
Erik C. Lybeck #35233
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1100
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
tdundon@nealharwell.com
elybeck@nealharwell.com
*Attorneys for Defendant Ted S. Hasselbring*

Dated: New York, New York
November 10, 2020

/s/ Edward H. Rosenthal
Edward H. Rosenthal (*pro hac vice*) (NY Bar No. 1731835)
Caren Decter (*pro hac vice*) (NY Bar No. 4456992)
Nicole Bergstrom (*pro hac vice*) (NY Bar No. 5236344)
Viviane K. Scott (*pro hac vice*) (NY Bar No. 5468996)
FRANKFURT KURNIT KLEIN & SELZ, PC
28 Liberty Street
New York, New York 10005
Phone: (212) 980-0120
Fax: (212) 593-9175
erosenthal@fkks.com
cdecter@fkks.com
nbergstrom@fkks.com
vscott@fkks.com

/s/ Thor Y. Urness
Thor Y. Urness (BPR No. 13641)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-2384
turness@bradley.com
*Attorneys for Defendant/Counterclaim-Plaintiff Scholastic Inc.*

Dated: New York, New York
November 10, 2020

/s/ David J. Lender
David J. Lender (*pro hac vice*) (NY Bar No. 2583722)
Benjamin E. Marks (*pro hac vice*) (NY Bar No. 2912921)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
david.lender@weil.com
benjamin.marks@weil.com

Michael G. Abelow (No. 26710)
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4200
mabelow@srvhlaw.com
*Attorneys for Defendant Houghton Mifflin Harcourt
Publishing Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of November, 2020, true and correct copies of the foregoing Defendants' Motion In Limine To Exclude Expert Testimony were served by operation of the Court's CM/ECF system upon the following:

| | |
|---|---|
| Paige W. Mills<br>Audrey Anderson<br>Ashleigh Karnell<br>**BASS BERRY & SIMS PLC**<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>pmills@bassberry.com<br>audrey.anderson@bassberry.com<br>ashleigh.karnell@bassberry.com | John W. Harbin *(pro hac vice)*<br>Mary Katherine Bates *(pro hac vice)*<br>**MEUNIER CARLIN & CURFMAN, LLC**<br>999 Peachtree Street, NE<br>Suite 1300<br>Atlanta, GA 30309<br>(404) 645-7700<br>jharbin@mcciplaw.com<br>kbates@mcciplaw.com |
| *Attorneys for Plaintiff/Counterclaim-Defendant Vanderbilt University* ||

/s/ *Thor Y. Urness*
Thor Y. Urness

4