IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| *Plaintiff*, | ) ) ) ) Case No. 3:18-CV-00046 |
| v. | ) ) Chief Judge Waverly D. Crenshaw, Jr. |
| SCHOLASTIC, INC.; HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY; and TED S. HASSELBRING, | ) Magistrate Judge Frensley ) ) JURY DEMAND |
| *Defendants*. | ) ) ) |

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN CONNECTION WITH DEFENDANTS SCHOLASTIC INC. AND HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY'S FORTHCOMING <u>JOINT MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Local Rules 7.01(a)(2)-(4) and Section 7 of this Court's Judicial Preferences, Defendants Scholastic Inc. ("<u>Scholastic</u>") and Houghton Mifflin Harcourt Publishing Company ("<u>HMH</u>") (together, the "<u>Defendants</u>") respectfully request leave of the Court to file a forthcoming single memorandum of law in support of their Joint Motion for Summary Judgment (which must be filed on or before January 22, 2021) in excess of the twenty-five (25) page limitation set forth in Local Rule 7.01(a)(2), specifically for a single, combined brief of up to fifty (50) pages, as well as to file a forthcoming single, combined reply memorandum of law in further support of their Joint Motion for Summary Judgment of a total of up to ten (10) pages, in excess of the five (5) page limitation set forth in Local Rule 7.01(a)(4). Further, through this Joint Motion, Plaintiff Vanderbilt University ("<u>Vanderbilt</u>") respectfully requests leave of the Court to file a single forthcoming memorandum of law in opposition to the Defendants' Joint

1

Motion for Summary Judgment in excess of the twenty-five (25) page limitation set forth in Local Rule 7.01(a)(3) for a total of up to fifty (50) pages.

As grounds for this Joint Motion, the Defendants state that jointly filing a single of up to 50-page moving brief, rather than two 25-page moving briefs, is more efficient in the interests of judicial economy, will assist the Court, and will allow the Court to issue a single opinion. A single 50-page moving brief would provide all the arguments and factual context in one place without repetition as well as would efficiently address all the claims against the Defendants in a single document. These same reasons apply with equal force in support of the efficiency of Vanderbilt filing a single of up to 50-page opposition brief, rather than two 25-page opposition briefs, and the Defendants jointly filing a single reply brief of up to 10 pages, rather than two 5-page reply briefs.

Moreover, the requested relief aligns with the rights the parties otherwise would be respectively afforded under the Local Rules if Scholastic and HMH were each to separately file their own motions for summary judgment. In that circumstance, Scholastic and HMH each could file a moving brief of as many as 25 pages under Local Rule 7.01(a)(2) and each could file a reply brief of as many as 5 pages under Local Rule 7.01(a)(4). Also, Vanderbilt could file a response brief of as many as 25 pages to each motion served and filed under Local Rule 7.01(a)(3). Here, by allowing the Defendants to jointly file single moving and reply briefs totaling the pages they each otherwise could file and Vanderbilt to file a single opposition brief but for the total pages it otherwise could file, the requested relief is both in accord with the spirit of the Local Rules as well as in the interests of judicial economy.

WHEREFORE, for the grounds shown, the Defendants and Vanderbilt jointly move the Court for entry of the Proposed Agreed Order submitted herewith granting the requested page extensions.

Dated: New York, New York
January 14, 2021

/s/ David J. Lender
David J. Lender (*pro hac vice*) (NY Bar No. 2583722)
Benjamin E. Marks (*pro hac vice*) (NY Bar No. 2912921)
Sara Lonks (*pro hac vice*) (NY Bar No. 5445630)
Taylor Dougherty (*pro hac vice*) (NY Bar No. 5526561)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
david.lender@weil.com
benjamin.marks@weil.com
sara.lonks@weil.com
taylor.dougherty@weil.com

Michael G. Abelow (No. 26710)
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4200
mabelow@srvhlaw.com

*Attorneys for Defendant Houghton Mifflin Harcourt Publishing Company*

Dated: New York, New York
January 14, 2021

/s/ Edward H. Rosenthal
Edward H. Rosenthal (*pro hac vice*) (NY Bar No. 1731835)
Caren Decter (*pro hac vice*) (NY Bar No. 4456992)
Kimberly M. Maynard (*pro hac vice*) (NY Bar. No. 4767844)
Nicole Bergstrom (*pro hac vice*) (NY Bar No. 5236344)
Viviane K. Scott (*pro hac vice*) (NY Bar No. 5468996)
FRANKFURT KURNIT KLEIN & SELZ, PC
28 Liberty Street
New York, New York 10005
Phone: (212) 980-0120
Fax: (212) 593-9175
erosenthal@fkks.com
cdecter@fkks.com

kmaynard@fkks.com
nbergstrom@fkks.com
vscott@fkks.com

Thor Y. Urness (BPR No. 13641)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-2384
turness@bradley.com

*Attorneys for Defendant/Counterclaim-Plaintiff Scholastic Inc.*

Dated: Atlanta, Georgia
January 14, 2021

/s/ *John W. Harbin*
John W. Harbin
Mary Katherine Bates
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
jharbin@mcciplaw.com
kbates@mcciplaw.com

Paige W. Mills
Robert E. Cooper, Jr.
Mary Leigh Pirtle
Ashleigh Karnell
BASS BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
pmills@bassberry.com
rcooper@bassberry.com
mpirtle@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Plaintiff/Counterclaim-Defendant Vanderbilt University*

4

# CERTIFICATE OF SERVICE

      I hereby certify that on this, the 14th day of January, 2021, the foregoing was served via the Court's CM/ECF system on the following:

| | |
|---|---|
| Aubrey B. Harwell, Jr.<br>Thomas C. Dundon<br>Erik C. Lybeck<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1100<br>Nashville, TN 37203<br>aharwell@nealharwell.com<br>tdundon@nealharwell.com<br>elybeck@nealharwell.com<br><br>*Attorneys for Defendant Ted S. Hasselbring* | |

                                                        */s/ Michael G. Abelow*
                                                        Michael G. Abelow