# EXHIBIT I

# In the Matter Of:

*VANDERBILT UNIVERSITY vs*

*SCHOLASTIC*

---

*MATTHEW EZELL*

*November 09, 2020*

---



64

1                    M. EZELL

2        record.

3             MS. MAYNARD:  Could we put

4        Exhibit 5 back up, please?

5    BY MS. MAYNARD:

6        Q.    Mr. Ezell, before our break we

7    established that this is the document from

8    which the test cell stimulus was drawn,

9    right?

10       A.    That's correct.

11       Q.    And how did you decide to draw

12   the stimulus from this particular document?

13       A.    I first reviewed a variety of

14   documents, including this one, those other

15   documents that are mentioned in materials

16   considered and I found that many of them

17   have an alleged infringing use of

18   Vanderbilt's name or logo.

19            And ultimately I decided on this

20   document because it was not over 100 pages,

21   for one, that was I felt going to be too

22   overwhelming to respondents and we would

23   likely not get them to complete any survey

24   of that length.

25            Ultimately, this was one of the

1                    M. EZELL

2  documents that I felt was a doable length,

3  and I selected the first six pages from

4  this document because they were contiguous

5  six pages that included the alleged

6  infringing use of Vanderbilt's name and

7  logo and also included some context as to

8  where that slide came.

9            So you could clearly see that

10  this was a System 44 -- a piece of

11  promotional material for System 44 before

12  you could see the slide that contains the

13  alleged infringement.

14      Q.    In your answer you said that

15  there were other documents you considered

16  that were over 100 pages and you felt those

17  were too overwhelming, is that right?

18      A.    That's correct.  The 1135, which

19  I misremembered as the source for the test

20  cell stimulus, that 117 pages, for example,

21  I felt would be too overwhelming to

22  internet survey respondent -- yes, you want

23  to recreate what respondents may have seen

24  in a presentation, but at the same time 117

25  pages, I think, would be beyond the

1                    M. EZELL

2     patience of survey respondents.

3          Q.    Just so we're clear, what was,

4     what is too overwhelming 117 pages?

5          A.    Oh, just the length of it itself.

6     I think asking a respondent to review a

7     document that takes a minute or two, a

8     couple of minutes is probably reasonable in

9     an internet survey and something that takes

10    a half an hour or one hour is probably

11    unreasonable for most survey respondents to

12    have the patients to sit through that.

13         Q.    So your expectation is that if

14    the document was 117 pages, survey

15    respondents may not have finished the

16    survey?

17         A.    That was a concern that I had,

18    that the incidence rate, that means how

19    many people you have to recruit or invite

20    to the survey would be exceedingly low,

21    meaning I'd have to say let's invite 1,000

22    people to get 100 completes or 400

23    completes instead of a more reasonable

24    number of invites.

25         Q.    And you just said that that was

285

1

2          C E R T I F I C A T E

3   STATE OF NEW YORK    )

4                        : ss.

5   COUNTY OF NEW YORK   )

6

7          I, Joan Ferrara, a Notary Public

8     within and for the State of New York,

9     do hereby certify:

10         That MATTHEW G. EZELL, the

11    witness whose deposition is

12    hereinbefore set forth, was duly sworn

13    by me and that such deposition was

14    taken remotely and is a true record of

15    the testimony given by the witness.

16         I further certify that I am not

17    related to any of the parties to this

18    action by blood or marriage, and that I

19    am in no way interested in the outcome

20    of this matter.

21         IN WITNESS WHEREOF, I have

22    hereunto set my hand this 11th day of

23    November, 2020.

24    _____

25              Joan Ferrara