# EXHIBIT N

# See Native File



CONFIDENTIAL

HMH_00001140



Good Morning. My name is _____, and I am your Scholastic Account Executive. It is an honor to partner with you in raising reading achievement at your district.

Today, I am excited to introduce you to System 44 Next Generation, the absolute BEST program designed to help you meet the needs of your most challenged readers in grades 3-12. These are your beginning readers, those students who are in need of instruction in foundational reading, especially phonics and decoding skills, as well as instruction in vocabulary, comprehension, and writing.

System 44 was originally launched in 2008, as the breakthrough foundational reading program. It has help hundreds of thousands of students across the country in the few years it's been in school districts.

With the introduction of the Common Core, **System 44 has been significantly updated to meet the new more rigorous reading – *and writing* – expectations** and ensure these students master the foundational reading standards, and begin to access the grade-level expectations the standards call for.

There is no other program that that can do this is a systematic and SCALABLE way – that's proven the

work—like System 44.

And that is why we say – the path to College & Career Starts Here.

**[Click]**

# LEADING RESEARCHERS AND PRACTITIONERS



## ADAPTIVE TECHNOLOGY



**Dr. Ted Hasselbring**

VANDERBILT UNIVERSITY

Professor of Special Education
at Peabody College of
Vanderbilt University

## LANGUAGE, VERNACULAR & SPECIAL EDUCATION

 

**Dr. Julie Washington**

Georgia State University

Professor, Language & Literacy
Initiative, Department of
Educational Psychology

## FOUNDATIONAL READING

 

**Dr. Marilyn Adams**

BROWN

Visiting Professor, Cognitive and
Linguistic Sciences Department

## ENGLISH LANGUAGE DEVELOPMENT

 

**Dr. Margarita Calderon**

JOHNS HOPKINS UNIVERSITY

Professor, Center for Research and
Reform in Education,
Johns Hopkins University

## UNIVERSAL DESIGN FOR LEARNING



**Dr. David Rose**

CAST

Founding Director/Chief Science,
Cognition and Learning Center for
Applied Special Technologies

## ASSESSMENT & VALIDATION



**Dr. Rick Wagner**

THE FLORIDA STATE UNIVERSITY

Distinguished Research Professor and
Binet Professor of Psychology, Associate
Director of Florida Center for Reading
Research, Florida State University

## POSITIVE BEHAVIORAL INTERVENTIONS & SUPPORTS

**Dr. Alison Bruhne**

THE UNIVERSITY OF IOWA

Assistant Professor, Special
Education, University of Iowa

At Scholastic, WE KNOW WHAT IT TAKES, because we work with the experts in the field.

(click) The principal scientists behind the program are Dr. Marilyn Jager Adams and Dr. Ted Hasselbring.

(click) language, vernacular & special education

(click) English language development

(Click) Universal Design for Learning, Assessment & Validation and Positive Behavioral Interventions & Supports.



System 44 is a comprehensive experience that engages students (click), and supports teachers and district leadership (click).  Both print and digital materials are included, which allows learning to extend out of the classroom as students can access some of the tools outside of the classroom.

At the heart of System 44 is adaptive technology that individualizes instruction for every student.

System 44 includes now has a brand new robust comprehensive curriculum that was very intentionally designed so that all of your teachers — even those who have had no specific training in teaching phonics - can provide their beginning readers with the support they need to master the most foundational skills while scaffolding access to grade level reading and writing.

Additionally, System 44  includes a range of texts, in varied formats that are hi-interest, motivating, and, most importantly, age-appropriate and respectful.


[Click]






*System 44* comes in two stages.

One for Upper Elementary

One for Secondary (Middle & High School)

The reason for offering two different stages of instruction is to ensure that the content is conceptually and developmentally appropriate because far too often, our lowest readers get stuck with materials that look and feel very childish to them and consequently, they lose interest in learning.

In S44 NG, we provide just the right texts, at the right time for the right students.

**[Click]**

# MODEL FOR BLENDED LEARNING





System 44 Next Generation was designed for daily use with a small class and can also be integrated within your READ 180 instructional model.

This is our standalone model where after a brief Whole Group introduction,(click) students use the Software daily and alternate between Small-Group Differentiated Instruction and modeled and independent reading. (click 2X)

The program can be used effectively during a regular class period, in a resource room, and in after- and summer-school programs.



System 44 and the FASTT algorithm developed by Dr. Ted Hasselbring is built on the principals of how the brain works best.

It starts with our universal screener and progress monitor tool SRI which helps determines the amount of student practice and each piece of the FASTT alogorithm is informed by two key principles

1) short term memory is limited in the number of items it can store simultaneously; 2) repetition of new skills is critical to strengthening connections in the brain.

This systematic pacing efficiently moves students to fluency and automaticity.



## PERSONALIZED LEARNING FOR EVERY STUDENT

Welcome to the student home page of System 44's instructional technology.

**[Click to highlight the host]**
First, you may notice there's a host. Ivan is actually one of 3 hosts in the system who act as reading mentors and provide guidance and encouragement as well as keep students on track. It's no coincidence that Ivan and his fellow hosts are cool, motivating, and sometimes funny…

Next, let me direct your attention to the progress bar across the top of the screen.
**[click to highlight progress bar]**

Do you see where it says "Welcome Lorraine, Today's Topic 1.1?". This is the student's progress bar, which helps them be metacognitive about their progress through the system. We want students to pay attention to how far they've come and how much farther they have to go.

**CLICK to Circle Strands**
Notice that students will work in 5 strands of instruction: Code, Word Strategies, Sight Words Success and

**[Click]**
the exciting, ALL NEW Writing Strand.

Let me now tell you how the software is set up.

**[click]**

## SYSTEMATIC SCOPE & SEQUENCE





We knew that in order to really deliver on acceleration, System 44 needed a Scope and Sequence that was smart and efficient.

We provide students with a systematic scope and sequence- comprised of 25 series – through which they'll master all 44 sounds, tackle advanced word strategy skills, conquer sight words, and practice comprehension and writing.

Let's talk specifically about each strand of instruction:

[Click]

# ONGOING PROGRESS MONITORING





Progress Monitor / FastTrack Assessment



So now that we've looked briefly at the software, let's discuss how students progress through the system. The goal of *System 44* is to individualize instruction for each student, ensuring that they move <u>as fast as</u> possible through the program so...
[CLICK]
The *System 44* Software is automatically and continuously collecting student performance data so that students progress at their own pace. At the end of each topic of instruction, students receive a "progress monitor" that determines their mastery of the content just taught. If they demonstrate mastery, this assessment serves as their gateway to the next topic.
[CLICK]
[CLICK]
If the student hasn't yet mastered the content – for example the long I spelled igh as we saw in 1.1, the software will serve up another round of instruction, but with new content so the student doesn't get bored.
[CLICK]
At the beginning of each series of instruction starting in Series 4, students take a FastTrack assessment to determine whether or not they need the instruction in that series. If they demonstrate mastery, they skip those lessons and move ahead.
[CLICK]
[CLICK]
[CLICK]
We do, however, ensure that students always complete the comprehension and writing activities in each series because they're so important to their overall reading goals.
[CLICK]

# DATA-DRIVEN, PERSONALIZED INSTRUCTION



With System 44 Next Generation, teachers now have unparalleled access to student performance & implementation data to drive instructional planning.

System 44 uses technology to push the most essential data directly to teachers with very explicit guidance on how to use it.

**[CLICK]**

The new Teacher Dashboard – which is also available for iPad - bubbles up the most important data points for implementation fidelity; for example are your students spending the recommended 20 minutes per day on the System 44 Software?

**[CLICK to build time on task]**


**[CLICK to bring up Today's Summary]**

The Dashboard also makes knowing what to teach each day easy, with Today's Summary.

**[click]**

**[CLICK to build Class page 2X]**
As I mentioned earlier, each module in the teacher-led instruction calls out specific, data-driven checkpoints for differentiated instruction. Here a teacher has arrived at a checkpoint and you can see that her small group lessons have already been mapped out for her based on student performance data in the software.

**[CLICK to circle whole and small groups]**
The new teacher dashboard will not only recommend what to focus on during small group, but also who to teach

**[CLICK to build Groupinator]**
A new feature called "the Groupinator" recommends who should be in each group based on students' performance in the software

## EXPLICIT INSTRUCTION IN CLOSE READING, COMPREHENSION & WRITING





Introducing the NEW 44 Book, which is designed for Whole and Small group instruction. This phenomenal resource is exactly what your teachers need to help your most challenged readers get ready to access grade-level text.

If you're familiar with R180, you'll understand that this is a landmark addition to S44! The new 44Book will do for S44 what the rBook did for R180!

The **NEW** *44Book* provides a clear instructional path for teachers in Whole- and Small-Group Differentiated Instruction and ensures that all *System 44* students receive direct instruction in phonics, decoding, reading, and writing skills as outlined by the Common Core State Standards.

And we know that differentiation is also the key for these students, so throughout each module, there are specific, data-driven checkpoints that remind teachers to stop, drop and differentiate

**[CLICK]**

# READING FLUENCY & INDEPENDENCE



*System 44* includes a library of 56 titles each, for upper elementary and secondary , which offers beginning readers age appropriate texts. 20 new titles are included in our new edition. And All books are available in three (3) formats; Print, Audio Book, and eBook

**[CLICK]**

# EBOOKS FOR EACH TITLE



And NEW with System 44 Next Generation all library titles are available in the eBook Library, which makes reading fun and accessible anytime/anywhere. eBooks are also available on the iPad.

**[CLICK]**
The eBook library uses data from the software and recommends titles "To Read".

**[CLICK]**
Each eBook provides on-demand audio supports, allowing students to play, pause, and replay passages at their desired pace as they read along.

**[CLICK]**
Interactive features allow students to click on Smart Words to read a definition or search for a word within the book, supporting the development of word knowledge.

**[CLICK]**
Students can receive second-language support in Spanish for title summaries and Smart Words.

[**CLICK**]

## ACTIONABLE REPORTS



√ **Placement & Progress Monitoring**

√ **Diagnostic**

√ **Instructional Planning**

√ **RTI**

√ **IEP Support**

√ **School to Home**



S44 NG provides actionable reports for:

Placement & Progress Monitoring
Diagnostic
Instructional Planning
Support for a RTI model
IEP Support for all students and of course
School to Home reports.

**[CLICK]**



## ACTIONABLE REPORTS ENSURE STUDENT SUCCESS

Let's take a closer look at one of the district level reports – the RTI Summary Report. (Click)

Remember, System 44's adaptive technology is continuously collecting student performance data and formatting it into actionable reports for educators that are available in real time.

**[click to build]**
This particular report informs leaders of how students are responding to intervention plotted against time of instruction.

# GREATER LEVELS OF IMPLEMENTATION FIDELITY 



And, we haven't forgotten our leaders. Helping the leadership keep track of all their Next Generation programs from one user-friendly dashboard makes it easier to achieve implementation fidelity.

And remember, both the teacher and leadership dashboards are available on the iPad.

[CLICK]



# The Path to College & Career Starts Here

For over 90 years, Scholastic has supported districts across the country because we believe that ALL students should have the opportunity to go to college, have a career and make a contribution to their world.

We know what it takes and that's why we created such a powerful program to support educators in their quest to enable their students to succeed.

So when you think about what it takes to support YOUR students, think about what System 44 and Scholastic can do to get you there.

We share your goal: college and career readiness for ALL Students.

Thank you