

## Show What You Know

In Show What You Know, students hear a sight word and select it from an onscreen list by clicking it.



Click Mr. Seemore to hear the instructions read aloud. Click the speaker button to hear the word read again. Click the Pause button to pause the activity; the button toggles between pause and play. Click the Play button to resume the activity.

Students see their progress in the Star Bar in the upper right corner of the screen. When students complete all the levels in the activity, they move on to the next activity in the Topic.

## Show What You Know Fast



In Show What You Know Fast, students hear a sight word and select it from the onscreen choices. Student response time is calculated and customized for each student based on the student's media response rate.

Correct choices lead students to the next set of words. Students who choose an incorrect word see the correct choice highlighted, then move on to the next set of words. Students who do not respond within the response time move on to the next set of words.

Click Mr. Seemore to hear the instructions read aloud. Click the speaker button to hear the word read again. Click the Pause button to pause the activity; the button toggles between pause and play. Click the Play button to resume the activity. Students may view their remaining time using the timer in the upper right corner of the screen.

As students develop greater recall with certain sight words, more words are added to the activity.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 1 of 21 PageID #: 6233

SCHOLASTIC-00001395



## Spelling Center

After their work in the Word Center, Level C (Grade 2) students move on to the Spelling Center (Levels A and B students, kindergarteners, and first graders do not work in the Spelling Center). Spelling Center activities use assessment, spelling tutorials, and repeated practice to move students to spelling mastery.

## Spelling Warm-Up

In Spelling Warm-Up, students spell a list of words they hear read aloud.



After hearing the word pronounced, used in a context sentence, and read a second time, type the word, then press **Enter**.

After all the words are typed, the activity displays correctly spelled words and the correct spelling of misspelled words, which become the student's list of study words.

Click the speaker button to hear the word repeated and used in a context sentence a second time. Click Mr. Seemore for help with the activity.

When all words are spelled, the blue arrow is activated. Click it to move to the next activity.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 2 of 21 PageID #: 6234

SCHOLASTIC-00001396



## Spelling Work-Out



In Spelling Work-Out, students hear their study words (words spelled incorrectly in the Spelling Warm-Up) and receive a Spelling Tip for each word. Students who spelled all the words in the Spelling Warm-Up correctly do not see the Spelling Work-Out.

After seeing the list of study words, each word appears onscreen one at a time. After hearing the word read aloud and in a context sentence, Mr. Seemore prompts students to type the word and press **Enter**. Correct entries receive positive feedback and move students to the next study word. Incorrect entries prompt corrective feedback that shows students the correct way to spell the word. Type in the word again after the corrective feedback and press **Enter**. Click the speaker button to hear the word and its context sentence again. Click the sentence button to hear the word in a context sentence. Click Mr. Seemore for help.

When students successfully spell all the words on the list, they move to the next activity.

## Spelling Bee

In the Spelling Bee, students spell study words among other words in multiple practice rounds. (Students who spelled all the words in the Spelling Warm-Up correctly do not see the Spelling Work-Out or Spelling Bee.)



After hearing the word pronounced and used in a context sentence, type the word and press **Enter**. Misspelled words prompt immediate corrective feedback and a second opportunity to spell the word.

Click Mr. Seemore for help. Click the speaker button to hear the word and its context sentence a second time. Click the Pause button to pause the activity; the button toggles between pause and play. Click the Play button to resume the activity. Students see their progress in the Star Bar in the upper right corner of the screen. Click the blue arrow to move to the next level. When students complete all the levels in the activity, they move on to the next activity in the Topic.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 3 of 21 PageID #: 6235

SCHOLASTIC-00001397



## Reading Center

Reading Center activities come at the end of the Topic. Activities in the Reading Center reinforce students' ability to decode sight words.

## Super Sentence Skills



In Super Sentence Skills, students read decodable sentences and select a sight word to complete the sentence.

Students see a sentence with a word missing, along with a corresponding image and choice words. Click a choice word to complete the sentence, then click the checkmark button. Click Mr. Seemore for help.

Correct responses prompt a new sentence to appear. Incorrect responses prompt corrective feedback and another opportunity to complete the sentence. After three incorrect responses, Mr. Seemore fills in the missing word and prompts students to review the sentence.

When students have successfully used all sight words to complete the sentences, they move on to the Word Play Strand.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 4 of 21 PageID #: 6236

SCHOLASTIC-00001398



# The Word Play Strand

The Word Play Strand builds morphological awareness through word analysis. Mrs. Wordy leads students through activities that show how to unlock multisyllabic words and words with affixes.



## Word Center

Word Center activities in the Word Play Strand promote students' ability to decode new words with agility.

### A Message From Mrs. Wordy

When students enter the Word Center in the Word Play Strand, Mrs. Wordy presents direct instruction that focuses on the meaning and purpose of inflectional endings, prefixes, and suffixes. The videos also model strategies for decoding multisyllabic words.



Mrs. Wordy's messages play uninterrupted for approximately one to three minutes.

When the direct instruction video is finished, students move on to their first activity in the Word Center.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 5 of 21 PageID #: 6237

SCHOLASTIC-00001399



## Word Solver

In Word Solver, students look at words and identify key aspects of them, such as inflectional endings, prefixes, and suffixes.



After students see a list of words while Mrs. Wordy introduces the activity, a word appears onscreen. Mrs. Wordy asks students to spot, split, and read words (multisyllablic words); look at and read words (words with affixes that don't add syllables); or look at, split, and read words (if the affix adds a syllable).

Students are prompted to split the word into parts by clicking between the letters at the proper break point. After looking at and if necessary splitting the word into smaller parts, read each part of the word, then read the entire word.

After reading the word, click the checkmark button. A word card appears. Click the speaker button to hear the word and a context sentence. Click the Tip button (the second button on the toolbar) to hear a pronunciation tip.



To move on to the next word in the list, click the arrow button.

When students have decoded all the words on the list, they move on to the next activity.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 6 of 21 PageID #: 6238

SCHOLASTIC-00001400



## Word Changer

In Word Changer, students see a series of words that change into other words by substituting word parts.



Students see a word and are prompted to read the word themselves. Three images appear onscreen. Scroll over an image to hear the associated word read aloud. Click the image that matches the word. Click the speaker button to hear the instructions again. Click the checkmark button after selecting the image.

Correct responses receive positive feedback. Students hear the word used in a sentence. Incorrect responses prompt corrective feedback. After correctly matching the word with the image, students see a new word, formed by changing a word part.

Click Mrs. Wordy for help.

After correctly responding to all the words, students move on to the next activity.

## Mix and Match



In Mix and Match, students match words they hear to the word list onscreen.

Students see four puzzle-piece pairs, each with a word on one piece and a speaker button on the other. Click the speaker buttons to hear a word pronounced. Click the mix-up button (with arrows) to separate and mix up the puzzle pieces. Drag each key back to its matching puzzle piece. When finished, click the checkmark button. Click Mrs. Wordy for help.

Correct matches appear in green. Incorrect matches appear in gray. Students who correctly match all four words go on to the next activity. Students who incorrectly match two or more words click the mix-up button again and try to match the keys to the locks.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 7 of 21 PageID #: 6239

SCHOLASTIC-00001401



## Show What You Know

In Show What You Know, students hear a word and select it from an onscreen list by clicking it.



Click Mrs. Wordy to hear the instructions read aloud. Click the speaker button to hear the word read again. Click the Pause button to pause the activity; the button toggles between pause and play. Click the Play button to resume the activity.

Students see their progress in the Star Bar in the upper right corner of the screen. When students complete all the levels in the activity, they move on to the next activity in the Topic.

## Show What You Know Fast



In Show What You Know Fast, students hear a word and select it from the onscreen choices. Student response time is calculated and customized for each student based on the student's media response rate.

Correct choices lead students to the next set of words. Students who choose an incorrect word see the correct choice highlighted, then move on to the next set of words. Students who do not respond within the response time move on to the next set of words.

Click Mrs. Wordy to hear the instructions read aloud. Click the speaker button to hear the word read again. Click the Pause button to pause the activity; the button toggles between pause and play. Click the Play button to resume the activity. Students may view their remaining time using the timer in the upper right corner of the screen.

As students develop greater skill with decoding the words, more words are added to the activity.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 8 of 21 PageID #: 6240

SCHOLASTIC-00001402



## Feed the Beastie

In Feed the Beastie, students drag letters to build words with affixes and more than one syllable.



After hearing the word read and used in a sentence, and seeing an accompanying image, drag the missing letter or letters from the lower rack to the space or spaces in the word. When finished, click the checkmark button.

Click the speaker button to hear the word read and used in a sentence again. Click Mrs. Wordy for help.

When students complete all the levels in the activity, they move on to the next activity in the Topic.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 9 of 21 PageID #: 6241

SCHOLASTIC-00001403



## Spelling Center

After their work in the Word Center, Level C (Grade 2) students move on to the Spelling Center (Levels A and B students, kindergarteners, and first graders do not work in the Spelling Center). Spelling Center activities use assessment, spelling tutorials, and repeated practice to move students to spelling mastery.

## Spelling Warm-Up

In Spelling Warm-Up, students spell a list of words they hear read aloud.



After hearing the word pronounced, used in a context sentence, and read a second time, type the word, then press **Enter**.

After all the words are typed, the activity displays correctly spelled words and the correct spelling of misspelled words, which become the student's list of study words.

Click the speaker button to hear the word repeated and used in a context sentence a second time. Click Mrs. Wordy for help with the activity.

When all words are spelled, the blue arrow is activated. Click it to move to the next activity.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 10 of 21 PageID #: 6242

SCHOLASTIC-00001404



## Spelling Work-Out



In Spelling Work-Out, students hear their study words (words spelled incorrectly in the Spelling Warm-Up) and receive a Spelling Tip for each word. Students who spelled all the words in the Spelling Warm-Up correctly do not see the Spelling Work-Out.

After seeing the list of study words, each word appears onscreen one at a time. After hearing the word read aloud and in a context sentence, Mrs. Wordy prompts students to type the word and press **Enter**.

Correct entries receive positive feedback and move students to the next study word. Incorrect entries prompt corrective feedback that shows students the correct way to spell the word. Type in the word again after the corrective feedback and press **Enter**. Click the speaker button to hear the word and its context sentence again. Click the Spelling Tip button (the speech balloon) to hear the Spelling Tip for that word.

When students correctly spell all the words on the list, they move to the next activity.

## Spelling Bee

In the Spelling Bee, students spell study words among other words in multiple practice rounds. (Students who spelled all the words in the Spelling Warm-Up correctly do not see the Spelling Work-Out or Spelling Bee.)



After hearing the word pronounced and used in a context sentence, type the word and press **Enter**. Misspelled words prompt corrective feedback and a second opportunity to spell the word.

Click Mrs. Wordy for help. Click the speaker button to hear the word and its context sentence a second time. Click the Pause button to pause the activity; the button toggles between pause and play. Click the Play button to resume the activity.

Students see their progress in the Star Bar in the upper right corner of the screen. Click the blue arrow to move to the next level. When students complete all the levels in the activity, they move on to the next activity in the Topic.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 11 of 21 PageID #: 6243

SCHOLASTIC-00001405



## Reading Center

Reading Center activities come at the end of the Topic. Activities in the Reading Center allow students to read connected text that reinforces and expands decoding agility.

## Meaning Match



In Meaning Match, students read decodable text of gradually increasing length and complexity.

Students see a text passage, along with two images. After reading the text, click the image that best matches the text. After selecting the image, click the checkmark button.

Correct responses prompt new text and images to appear. Incorrect responses prompt corrective feedback and another prompt to select the image.

Click the speaker button to hear the text passage read again. Click Mrs. Wordy for help.

When students correctly answer all the text and image prompts, they move on to the next activity.

## Just Read

In Just Read, students read a decodable passage that combines content from the Meaning Match passages to form a full text. The sentences in Just Read gradually increase in length and complexity.



Click the speaker button to hear the passage read aloud. Click Mrs. Wordy for help.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 12 of 21 PageID #: 6244

SCHOLASTIC-00001406



## The Success Strand



The Success Strand allows students to put the skills learned in the earlier Topics together and read engaging literary and informational texts. The activities in the Success Strand are the culmination of the Series.

Professor Readwell guides students through reading eBooks and finishing the Series.

### eBook First Read



When students enter the Success Strand, Professor Readwell greets them with a congratulatory message and tells them that they will now read an eBook themselves. He then presents an introduction to the book. (This introduction is read in Spanish if language support is selected for the student in SAM Central. See *Using SAM Central With iRead* for more information.) Click the cover to open the eBook.

Students may read the eBook by themselves, or have the eBook read to them. The text is highlighted as students read to themselves, or as the text is read aloud.

Click the Play button to hear the eBook read aloud; the button toggles between play and pause. To pause the story, click the Pause button. To read the eBook without the audio, click the speaker button. The speaker button toggles between audio on and audio off. Click Professor Readwell for help.



Click the small, single-arrow button to slow down the audio. Click the small, double-arrow button to speed up the audio. To hear an individual word read aloud, pause the audio and click the word.

When the highlighting reaches the end of the page, the blue arrow is activated. Click it to move to the next page. Students may also move back and forth to pages already read at any time while they are reading the eBook.

At the end of the eBook, students move on to read the eBook a second time.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 13 of 21 PageID #: 6245

SCHOLASTIC-00001407



### eBook Second Read

When students read the eBook a second time, they still may choose to read the book themselves along with the highlighting, or have it read aloud to them.



If recording is selected for the student in the *iRead* Program Settings in SAM, students will see a microphone check and recording button at the start of the second read. For more information on student Program Settings, see *Using SAM Central With iRead* at the *iRead* Product Support website (*page 65*). Student recordings begin in Series 13.



To ensure the microphone is working, click the blue arrow and speak into the microphone when this screen appears. When finished, click the blue arrow again. If the microphone is working, the audio waves to the left and right will animate. If the program fails to detect any audio response three times, it directs students to get help from their teacher.

To begin recording, click the microphone button.

In the eBook Second Read, students will also see vocabulary words highlighted as they move through the eBook. Click the vocabulary word to hear it read aloud and to hear a definition. (This definition is read in Spanish if language support is selected for the student in the *iRead* Program Settings in SAM Central.)



For more information on *iRead* Program Settings, see *Using SAM Central With iRead* at the *iRead* Product Support website (*page 65*).

At the end of the eBook Second Read, students may rate the eBook by clicking one of the three choices under the book cover.

Click the blue arrow to move to the next activity.

---

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 14 of 21 PageID #: 6246

SCHOLASTIC-00001408



## Meaning Machine



Meaning Machine gives students the opportunity to create an additional word card from the vocabulary words found in their eBook by choosing the correct definition of the word.

To choose the correct definition of the onscreen word, click the number buttons to hear different choices. To select a definition, click the checkmark button.

Correct choices prompt the word card for the word to appear and generate another word. Incorrect choices prompt corrective feedback. Students have another opportunity to select the correct definition. After one or two incorrect choices (depending on the level), an animated arm shows the related eBook cover onscreen. Students may click the eBook to view the pages where the word appears. From the eBook pages, click the Go Back button to return to Meaning Machine. If students choose the incorrect choice after viewing the book, Professor Readwell reveals the correct answer. Students may click Professor Readwell for help.

When students correctly identify all definitions, they move on to the last activity of the Series.

## Spin the Wheel

In Spin the Wheel, students read a segment of a sentence related to their eBook and have to choose the correct option to complete the sentence.



Click the wheel to see a choice for completing the sentence. To select the choice, click the checkmark button. Click the wheel again for another choice.

Click Professor Readwell for help.
Click the speaker button to hear the sentence read aloud. To reread the word in the eBook, click the book button to see the eBook pages where the word appears. From the eBook pages, click the Go Back button to return to Spin the Wheel.

When students finish the activity, they have completed the Success Strand and completed the Series.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 15 of 21 PageID #: 6247

SCHOLASTIC-00001409



## Finishing a Topic and Series

When students finish a Topic, they see what new letters, sounds, and words they have added to their collections.



These cards are then collected and put in the backpack. When students next log in, they will see their new cards and totals on their My Backpack Screen.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 16 of 21 PageID #: 6248

SCHOLASTIC-00001410





When students successfully finish a Series they see their eBook as well as their new cards.

When students successfully finish a Series, they have achieved a milestone. It should give students a sense of how much their skills have improved since the start of the Series and also leave them feeling prepared to begin the next Series. When a Series is finished, students return to their backpacks and see their status updated to reflect their achievement.

When students next log in to *iRead*, they automatically move on to the next Series.

Case 3:18-cv-00046  Document 292-9  Filed 01/22/21  Page 17 of 21 PageID #: 6249

SCHOLASTIC-00001411



# Home and Library Access

Students may access *iRead* from home or library or any computer with an Internet connection.

Districts and schools set policy for accessing *iRead* outside of the classroom. To allow students and families to access *iRead* they need to be provided with:

- District or school ZIP code
- Students' *iRead* usernames and passwords (*page 8*).

To access *iRead* outside of the classroom:

1. Open the computer's browser program and enter the student access URL, http://scholastic.com/studentaccess, to go to the Student Access Screen.



2. Enter the district or school ZIP code in the School Zip Code field and click OK.

3. Select the district name from the pull-down menu and click OK. This opens the Student Access Screen (*page 7*).

Bookmark the Student Access Screen URL for future use. From the Student Access Screen, follow the *iRead* login instructions (*page 8*).

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 18 of 21 PageID #: 6250

SCHOLASTIC-00001412



## *iRead* Mobile Access

The *iRead* iPad app is available to all students with an active *iRead* log in. Teachers and students may access the *iRead* student software by downloading and configuring the *iRead* app.

### Downloading the *iRead* App

To download and access the *iRead* app, devices must meet the following requirements:

- iPad 2 or later
- iOS 7 or later



When these requirements are met, download the *iRead* app from the iTunes App Store.

### Configuring *iRead*

Prior to the first launch of the app, tap the **Settings** icon on the iPad Home Screen. Tap the *iRead* link from the Settings menu.





In the SAM URL field, enter the host ID. The host ID is the number that starts with h1 followed by eight digits in the SAM Server URL:

- SAM Server URL: http://h100000000.[server name]
- Host ID: h100000000

SAM Server URL information is also available from the district SAM administrator.

Press the Home button to return to the iPad Home Screen. Tap the app to open it and move to the *iRead* login screen (*page 8*).

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 19 of 21 PageID #: 6251

SCHOLASTIC-00001413



## Mobile Device Functionality

*iRead* functions identically on a workstation or mobile device, with the exception that users tap buttons and links on the user interface, rather than use a mouse or pointer as they do on workstations.

## Guided Access

Guided Access is an iOS function that allows users to modify their device settings. Teachers and administrators may use Guided Access to control which iPad functions and buttons are enabled or disabled for student use. This may be useful for teachers with young students who may accidentally tap the iPad Home button during interactions with the Screener or Software. For more information on accessing and using Guided Access, see the ***iPad User Guide*** available at www.apple.com.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 20 of 21 PageID #: 6252

**SCHOLASTIC-00001414**



## Technical Support

For questions or other support needs, visit the *iRead* Product Support website at
www.hmhco.com/iread/productsupport.



At the site, users will find program documentation, manuals, and guides, as well as
Frequently Asked Questions and live chat support.

For specific questions regarding *iRead*, Student Achievement Manager, or SAM
Cental, contact Technical Support to speak to a representative at 1-800-283-5974.

For specific questions about using SAM with your programs, click **Help** in the Quick
Links along the top of any screen in SAM.

Case 3:18-cv-00046   Document 292-9   Filed 01/22/21   Page 21 of 21 PageID #: 6253

SCHOLASTIC-00001415