# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>SCHOLASTIC, INC., HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and TED S. HASSELBRING,<br><br>Defendants. | Civil Action No. 3:18-cv-00046<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley<br><br>JURY DEMAND |

## ORDER TO AMEND THE CASE MANAGEMENT ORDER

This matter comes before the Court on the parties' joint motion to extend the briefing schedule for *Daubert* and dispositive motions. Based on the record and pleadings in this case, the Court finds that the motion is well-taken and should be granted. Accordingly, the Case Management Order in this case shall be amended as follows:

1. The deadline to file responses to the currently pending *Daubert* and dispositive motions is extended by 7 days from February 26, 2021 to March 5, 2021.

2. The deadline to file replies in support of the *Daubert* and dispositive motions is extended by 5 days from 14 days from service of the responsive briefs to 19 days from service of the responsive briefs, or until March 24, 2021.

3. Briefing on *Daubert* and dispositive motions will be completed by March 24, 2021.

5

Case 3:18-cv-00046   Document 320-1   Filed 02/08/21   Page 1 of 2 PageID #: 9105

4. All subsequent deadlines are not affected by this order.

It is therefore ORDERED, ADJUDGED, and DECREED that the Case Management Order in this matter shall be amended as set forth above.

It is so ordered this _____ day of _____, 2021.

_____
Judge Waverly Crenshaw