IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| | ) Civil Action No. 3:18-cv-00046 |
| Plaintiff, | ) |
| v. | ) Chief Judge Waverly D. Crenshaw, Jr. |
| | ) Magistrate Judge Jeffery S. Frensley |
| SCHOLASTIC, INC., HOUGHTON | ) |
| MIFFLIN HARCOURT PUBLISHING | ) JURY DEMAND |
| COMPANY, and TED S. HASSELBRING, | ) |
| | ) |
| Defendants. | ) |

## VANDERBILT AND HASSELBRING'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN RESPONSE AND REPLY ON HASSELBRING'S MOTION FOR SUMMARY JUDGMENT

Vanderbilt University ("Vanderbilt") and Ted Hasselbring ("Mr. Hasselbring") jointly move the Court, pursuant to Local Rules 7.01(a)(2)-(4) and Section 7 of this Court's Judicial Preferences, for leave for Vanderbilt to file up to five additional pages in its responsive Memorandum of Fact and Law to Hasselbring's Motion for Summary Judgment (Dkt. No 295) and for Hasselbring to have a commensurate number of additional pages for his Reply. In support of this Motion, the parties would show as follows:

1. On January 22, 2012, Mr. Hasselbring filed his sealed Motion for Summary Judgment against Vanderbilt.

2. In order to adequately and fully respond to the numerous issues and arguments raised in Mr. Hasselbring's Motion, Vanderbilt requests an additional five pages for its Response Memorandum of Fact and Law, for a total of 30 pages.

3. Vanderbilt asserts that these additional five pages are reasonable and necessary for it to adequately address the numerous arguments raised by Mr. Hasselbring.

4. If Vanderbilt is permitted to file an additional five pages in its Response brief to the Motion for Summary Judgment, with the Court's permission, the parties have agreed that Mr. Hasselbring may have up to five additional pages for his Reply.

For the foregoing reasons, the parties request that the Court permit Vanderbilt to file up to thirty pages in its responsive Memorandum of Fact and Law to Mr. Hasselbring's Motion for Summary Judgment. The parties further request that Mr. Hasselbring be permitted to file up to five additional pages in his Reply. A proposed Order is attached to this Motion as **Exhibit A**.

Dated this 3rd day of March, 2021.

Respectfully submitted,

*/s/ Paige W. Mills*
John W. Harbin (*pro hac vice*)
(Georgia Bar #324130)
Mary Katherine Bates (*pro hac vice*)
(Georgia Bar #384052)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
(404) 645-7700
jharbin@mcciplaw.com
kbates@mcciplaw.com

Paige W. Mills #016218
Audrey J. Anderson #031910
Ashleigh Karnell #036074
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
pmills@bassberry.com
audrey.anderson@bassberry.com
mpirtle@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Plaintiff Vanderbilt University*

**CERTIFICATE OF SERVICE**

I certify that March 3, 2021, by filing with the Court's ECF system, I caused to be served a true and accurate copy of the foregoing, on the following:

Caren Decter (*pro hac vice*)
Edward H. Rosenthal (*pro hac vice*)
Viviane K. Scott (*pro hac vice*)
Frankfurt, Kurnit, Klein & Selz, P.C
28 Liberty Street
New York, NY 10005
(212) 826-5524
cdecter@fkks.com
erosenthal@fkks.com
vscott@fkks.com

Nicole Bergstrom (*pro hac vice*)
Frankfurt, Kurnit, Klein & Selz, PC
28 Liberty Street, 35th Floor
New York, NY 10005
(212) 705-4858
nbergstrom@fkks.com

Thor Y. Urness, #13641
Kimberly M. Ingram #35191
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203-0025
(615) 244-2582
turness@bradley.com
kingram@bradley.com

*Attorneys for Defendant Scholastic Inc.*

Benjamin E. Marks (*pro hac vice*)
David J. Lender (*pro hac vice*)
Jessica Falk (*pro hac vice*)
Sara Lonks (*pro hac vice*)
Taylor Dougherty (*pro hac vice*)
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
benjamin.marks@weil.com
david.lender@weil.com
jessica.falk@weil.com
sara.lonks@weil.com
taylor.doughrty@weil.com

Michael G. Abelow, #26710
Sherrard Roe Voight & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4532
mabelow@srvhlaw.com

*Attorneys for Defendant Houghton Mifflin Harcourt Publishing Company*

Aubrey B. Harwell, Jr., #2559
Thomas H. Dundon, #4539
Erik C. Lybeck, #35233
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
tdundon@nealharwell.com
elybeck@nealharwell.com

*Attorneys for Defendant Ted S. Hasselbring*

/s/ Paige W. Mills
Paige W. Mills