# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **VANDERBILT UNIVERSITY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | NO. 3:18-cv-00046 |
| | ) | |
| **SCHOLASTIC, INC.; HOUGHTON** | ) | |
| **MIFFLIN HARCOURT PUBLISHING** | ) | |
| **COMPANY; and TED S.** | ) | |
| **HASSELBRING,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is Vanderbilt's Unopposed Motion for Leave to File Additional Pages in Responses and Replies on Summary Judgment and Daubert Motions (Doc. No. 323) and Vanderbilt and Hasselbring's Motion for Leave to File Additional Pages in Response and Reply on Hasselbring's Motion for Summary Judgment (Doc. No. 324).

The parties' motions are **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE