UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 3:18-CV-00046 |
| | ) |
| SCHOLASTIC, INC.; HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY; and TED S. HASSELBRING, | ) Chief Judge Waverly D. Crenshaw, Jr. |
| | ) Magistrate Judge Jeffrey S. Frensley |
| | ) |
| | ) JURY DEMAND |
| *Defendants*. | ) |

## AGREED ORDER

Pending before the Court is the Joint Motion of Defendants Scholastic Inc., Houghton Mifflin Harcourt Publishing Company, and Ted. S. Hasselbring (together, the "Defendants") and Plaintiff Vanderbilt University ("Vanderbilt") to extend the deadlines for all parties to file any motions for continued sealing protection in connection with (i) any March 5, 2021 "Provisionally Sealed" or under seal filings and (ii) any forthcoming March 24, 2021 "Provisionally Sealed" or under seal filings, and it appears to the Court that the Joint Motion for these extensions is well-taken and should be granted.

The Defendants and Vanderbilt shall file any motions for continued sealing protection in connection with (i) any March 5, 2021 "Provisionally Sealed" or under seal filings and (ii) any forthcoming March 24, 2021 "Provisionally Sealed" or under seal filings, by April 12, 2021.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1