# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:18-cv-00046 ) |
| **SCHOLASTIC, INC.;** **HOUGHTON MIFFLIN HARCOURT** **PUBLISHING COMPANY; and** **TED S. HASSELBRING,** | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court rules as follows:

1. Defendant Hasselbring's Motion for Summary Judgment, (Doc. No. 295), is **DENIED**;

2. Defendants Scholastic, Inc. and Houghton Mifflin Harcourt Publishing Company's Joint Motion for Summary Judgment, (Doc. No. 296), is **GRANTED IN PART AND DENIED IN PART**. Vanderbilt's claims for Declaratory Judgment (Count 2) and Tortious Interference (Count 7) are **DISMISSED**;

3. Plaintiff Vanderbilt's Motion for Summary Judgment, (Doc. No. 303), is **GRANTED IN PART AND DENIED IN PART**. Scholastic's Counterclaim for Unjust Enrichment is **DISMISSED**.

4. All remaining claims will proceed to trial;

5. The parties **SHALL** return to an in-person mediation with Gayle Malone within thirty (30) days of the date of this Order;

6. At the conclusion of mediation, the parties **SHALL** file a joint status report;

7. The case is returned to the Magistrate Judge for further case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE