**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VANDERBILT UNIVERSITY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:18-cv-00046** |
| | ) | **Judge Crenshaw/Frensley** |
| **SCHOLASTIC, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

This matter is now before the Court upon Plaintiff's Unopposed Motion for Leave to File Substitute Exhibits and Keep Original Exhibits Under Seal filed. Docket No. 366. Plaintiff asks to substitute redacted versions of certain documents that contain unredacted social security numbers while keeping the original, unredacted versions sealed while the Court considers various motions to maintain the seal. *Id.* Social security numbers may be filed under seal. *See Dionicio v. Allison*, No. 3:09-cv-00575, 2010 WL 3893816, 2010 U.S. Dist. LEXIS 104389, at *20 (M.D. Tenn. Sept. 30, 2010). Indeed, this District's Administrative Practices and Procedures for Electronic Case Filing (ECF) prohibits the filing of full social security numbers. Administrative Order No. 167, § 5.10. Therefore, Plaintiff's Motion (Docket No. 366) is GRANTED. The redacted versions of the documents at issue will be substituted for those containing unredacted social security numbers.

IT IS SO ORDERED.

Jeffery S. Frensley
United States Magistrate Judge