# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** | Civil Action No. 3:18-cv-00046 |
| Plaintiff, | |
| v. | Chief Judge Waverly D. Crenshaw, Jr. |
| | Magistrate Judge Jeffery S. Frensley |
| **SCHOLASTIC, INC., HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and TED S. HASSELBRING,** | JURY DEMANDED |
| Defendants. | |

## JOINT MEDIATION REPORT

Pursuant to the Court's direction in the Amended Case Management Order (Dkt. 260), the parties report that they are further mediating the case before Mr. Gayle Malone on June 22, 2021.

Dated: June 4, 2021

Respectfully submitted by:

*/s/ Paige W. Mills*
John W. Harbin (*pro hac vice*)
(Georgia Bar #324130)
Mary Katherine Bates (*pro hac vice*)
(Georgia Bar #384052)
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
(404) 645-7700

1

jharbin@mcciplaw.com
kbates@mcciplaw.com

Paige W. Mills #016218
Ashleigh Karnell #036074
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
pmills@bassberry.com
mpirtle@bassberry.com
akarnell@bassberry.com

*Attorneys for Plaintiff Vanderbilt University*

*/s/ Edward H. Rosenthal*
Caren Decter (*pro hac vice*)
Edward H. Rosenthal (*pro hac vice*)
Viviane Scott (*pro hac vice*)
Nicole Bergstrom (*pro hac vice*)
Frankfurt, Kurnit, Klein & Selz, P.C
488 Madison Avenue
New York, NY 10022
(212) 826-5524
cdecter@fkks.com
erosenthal@fkks.com
vscott@fkks.com
nbergstrom@fkks.com

Thor Y. Urness, #13641
Kimberly M. Ingram #35191
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
Nashville, TN 37203-0025
(615) 244-2582
turness@babc.com
kingram@bradley.com

*Attorneys for Defendant, Scholastic Inc.*

*/s/ David J. Lender*
David J. Lender (*pro hac vice*)
Benjamin E. Marks (*pro hac vice*)
Sara Lonks (*pro hac vice*)
Jessica Falk (*pro hac vice*)

2

Taylor Dougherty (*pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
david.lender@weil.com
benjamin.marks@weil.com
sara.lonks@weil.com
jessica.falk@weil.com
taylor.doughrty@weil.com

Michael G. Abelow, #26710
Sherrard Roe Voight & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4532
mabelow@srvhlaw.com

*Attorneys for Defendant, Houghton Mifflin Harcourt Publishing Company*

*/s/ Thomas H. Dundon*
Aubrey B. Harwell, Jr., #2559
Thomas H. Dundon, #004539
Erik C. Lybeck, #035233
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
tdundon@nealharwell.com
elybeck@nealharwell.com

*Attorneys for Defendant, Ted S. Hasselbring*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June 2021, a true and correct copy of the foregoing Joint Mediation Report was served by operation of the Court's CM/ECF system upon the following:

Caren Decter (*pro hac vice*)
Edward H. Rosenthal (*pro hac vice*)
Viviane K. Scott (*pro hac vice*)
Nicole Bergstrom (*pro hac vice*)
Frankfurt, Kurnit, Klein & Selz, P.C
28 Liberty Street, 35th Floor
New York, NY 10005
(212) 705-4858
cdecter@fkks.com
erosenthal@fkks.com
vscott@fkks.com
nbergstrom@fkks.com

Thor Y. Urness, #13641
Kimberly M. Ingram #35191
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203-0025
(615) 244-2582
turness@bradley.com
kingram@bradley.com

*Attorneys for Defendant, Scholastic Inc.*

Benjamin E. Marks (*pro hac vice*)
David J. Lender (*pro hac vice*)
Jessica Falk (*pro hac vice*)
Sara Lonks (*pro hac vice*)
Taylor Dougherty (*pro hac vice*)
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
benjamin.marks@weil.com
david.lender@weil.com
jessica.falk@weil.com
sara.lonks@weil.com
taylor.doughrty@weil.com

Michael G. Abelow, #26710
Sherrard Roe Voight & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4532
mabelow@srvhlaw.com

*Attorneys for Defendant, Houghton Mifflin Harcourt Publishing Company*

Aubrey B. Harwell, Jr., #2559
Thomas H. Dundon, #4539
Erik C. Lybeck, #35233
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com

tdundon@nealharwell.com
elybeck@nealharwell.com

*Attorneys for Defendant, Ted S. Hasselbring*

/s/ Paige W. Mills
Paige W. Mills