# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>SCHOLASTIC, INC., HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and TED S. HASSELBRING,<br><br>Defendants. | Civil Action No. 3:18-cv-00046<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley<br><br>JURY DEMAND |

## NOTICE OF STATUS OF MEDIATION

The parties mediated the case in person before Gayle Malone on June 22, 2021. The parties recessed the mediation at the end of the day and will resume it on July 1, 2021. The parties will report further to the Court upon completion of the mediation.

Dated: June 23, 2021

    Respectfully submitted,

    /s/ *John W. Harbin*
    John W. Harbin (*pro hac vice*)
    (Georgia Bar #324130)
    Mary Katherine Bates (*pro hac vice*)
    (Georgia Bar #384052)
    Meunier Carlin & Curfman LLC
    999 Peachtree Street NE, Suite 1300
    Atlanta, Georgia 30309
    (404) 645-7700
    jharbin@mcciplaw.com
    kbates@mcciplaw.com

Paige W. Mills #016218
Audrey J. Anderson #031910
Ashleigh Karnell #036074
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
pmills@bassberry.com
audrey.anderson@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Plaintiff Vanderbilt University*


/s/ *Edward H. Rosenthal (w/express permission)*
Caren Decter (*pro hac vice*)
Edward H. Rosenthal (*pro hac vice*)
Viviane K. Scott (*pro hac vice*)
Kimberly M. Maynard (pro hac vice)
Nicole Bergstrom (*pro hac vice*)
Frankfurt, Kurnit, Klein & Selz, P.C
28 Liberty Street
New York, NY 10005
(212) 980-0120
cdecter@fkks.com
erosenthal@fkks.com
vscott@fkks.com
kmaynard@fkks.com
nbergstrom@fkks.com

Thor Y. Urness, #13641
Kimberly M. Ingram #35191
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203-0025
(615) 244-2582
turness@bradley.com
kingram@bradley.com

*Attorneys for Defendant Scholastic Inc.*


/s/ *Benjamin E. Marks (w/express permission)*
Benjamin E. Marks (*pro hac vice*)
David J. Lender (*pro hac vice*)
Jessica Falk (*pro hac vice*)
Sara Lonks (*pro hac vice*)

2

Taylor Dougherty (*pro hac vice*)
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
benjamin.marks@weil.com
david.lender@weil.com
jessica.falk@weil.com
sara.lonks@weil.com
taylor.doughrty@weil.com

Michael G. Abelow, #26710
Sherrard Roe Voight & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4532
mabelow@srvhlaw.com

*Attorneys for Defendant Houghton Mifflin Harcourt Publishing Company*


/s/ *Thomas H. Dundon (w/express permission)*
Aubrey B. Harwell, Jr., #2559
Thomas H. Dundon, #4539
Erik C. Lybeck, #35233
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
tdundon@nealharwell.com
elybeck@nealharwell.com

*Attorneys for Defendant Ted S. Hasselbring*

# CERTIFICATE OF SERVICE

I certify that on June 23, 2021, a true and correct copy of the foregoing **Notice of Status of Mediation** was served by operation of the Court's CM/ECF system upon the following:

Caren Decter (*pro hac vice*)
Edward H. Rosenthal (*pro hac vice*)
Viviane K. Scott (*pro hac vice*)
Kimberly M. Maynard (pro hac vice)
Nicole Bergstrom (*pro hac vice*)
Frankfurt, Kurnit, Klein & Selz, P.C
28 Liberty Street
New York, NY 10005
(212) 980-0120
cdecter@fkks.com
erosenthal@fkks.com
vscott@fkks.com
kmaynard@fkks.com
nbergstrom@fkks.com

Thor Y. Urness, #13641
Kimberly M. Ingram #35191
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203-0025
(615) 244-2582
turness@bradley.com
kingram@bradley.com

*Attorneys for Defendant Scholastic Inc.*

Benjamin E. Marks (*pro hac vice*)
David J. Lender (*pro hac vice*)
Jessica Falk (*pro hac vice*)
Sara Lonks (*pro hac vice*)
Taylor Dougherty (*pro hac vice*)
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
benjamin.marks@weil.com
david.lender@weil.com
jessica.falk@weil.com
sara.lonks@weil.com
taylor.doughrty@weil.com

Michael G. Abelow, #26710
Sherrard Roe Voight & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4532
mabelow@srvhlaw.com

*Attorneys for Defendant Houghton Mifflin Harcourt Publishing Company*

Aubrey B. Harwell, Jr., #2559
Thomas H. Dundon, #4539
Erik C. Lybeck, #35233
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
tdundon@nealharwell.com
elybeck@nealharwell.com

*Attorneys for Defendant Ted S. Hasselbring*

/s/John W. Harbin
John W. Harbin