**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VANDERBILT UNIVERSITY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SCHOLASTIC, INC.; HOUGHTON** | ) | **No. 3:18-cv-00046** |
| **MIFFLIN HARCOURT PUBLISHING** | ) | |
| **COMPANY; and TED S.** | ) | |
| **HASSELBRING,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On June 23, 2021, the parties notified the Court that their in-person mediation before Gayle

Malone was set to resume on July 1, 2021. (Doc. No. 386). Accordingly, no later than **July 12,**

**2021**, the parties **SHALL** provide a status update as to the progress of their mediation efforts.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE