UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cv-00046 |
| | ) | |
| SCHOLASTIC, INC., | ) | |
| HOUGHTON MIFFLIN HARCOURT | ) | |
| PUBLISHING COMPANY, and | ) | |
| TED S. HASSELBRING, | ) | |
| | ) | |
| Defendants. | ) | |

## MEDIATOR'S REPORT

This case was initially mediated on May 8, 2020, by video conferencing. The parties and their counsel appeared and participated in good faith, but the case did not settle at that time. Thereafter, in late 2020, there were limited additional telephonic discussions concerning potential resolution of the case.

It is my understanding that the Court had subsequently ordered the parties back to mediation to be conducted by June 28, 2021. The parties and their counsel again appeared in person for mediation on June 22, 2021 and participated in good faith. The case was not resolved on that day, but on July 1, 2021, mediation was resumed, with the parties again appearing in person and participating in good faith. The mediation ultimately continued as to certain issues/claims on July 2, 2021, and the parties agreed to a complete resolution of the case and executed term sheets containing the material terms of the various settlements.

It is my understanding that the parties are in the process of drafting and executing a full settlement agreement(s) by July 15, 2021. Settlement payment(s) under this agreement(s) shall be due 45 days from execution of such settlement agreement(s). It is my further understanding

the parties intend to file a stipulation and proposed Order with the Court dismissing the case with prejudice. It is my understanding the filing of the Order shall occur within five days after receipt of the settlement payment(s).

Thus, in view of the execution of term sheets by all parties resolving all issues/claims in this case, the parties respectfully request that this matter be removed from the Court's trial calendar at this time and that the parties be relieved from all pending pretrial deadlines.

Respectfully submitted,

/s/ Gayle Malone, Jr.
Gayle Malone, Jr., BPR #2388
BUTLER SNOW LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Phone: (615) 651-6775

*Rule 31 Mediator*

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing is being served via the Court's CM/ECF electronic filing system this 12th day of July, 2021, on the following:

John W. Harbin (*pro hac vice*)
(Georgia Bar #324130)
Mary Katherine Bates (*pro hac vice*)
(Georgia Bar #384052)
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
jharbin@mcciplaw.com
kbates@mcciplaw.com

*Attorneys for Plaintiff Vanderbilt University*

Paige W. Mills #016218
Audrey Anderson #031910
Ashleigh Karnell #036074
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
pmills@bassberry.com
audrey.anderson@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Plaintiff Vanderbilt University*

David J. Lender (*pro hac vice*)
(NY Bar #2583722)
Benjamin E. Marks (*pro hac vice*)
(NY Bar #2912921)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
david.lender@weil.com
benjamin.marks@weil.com

*Attorneys for Defendant Houghton Mifflin Harcourt Publishing Company*

Michael G. Abelow #26710
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, TN 37201
mabelow@srvhlaw.com

*Attorney for Defendant Houghton Mifflin Harcourt Publishing Company*

Edward H. Rosenthal (*pro hac vice*)
(NY Bar #1731835)
Caren Decter (*pro hac vice*)
(NY Bar #4456992)
FRANKFURT KURNIT KLEIN & SELZ, PC
28 Liberty Street
New York, NY 10022
erosenthal@fkks.com
cdecter@fkks.com

*Attorneys for Defendant/Counterclaim-Plaintiff Scholastic, Inc.*

Thor Y. Urness #13641
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
turness@bradley.com

*Attorneys for Defendant/Counterclaim-Plaintiff Scholastic, Inc.*

Aubrey B. Harwell, Jr. #2559
Thomas C. Dundon #4539
Erik C. Lybeck #35233
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1100
Nashville, TN 37203
aharwell@nealharwell.com
tdundon@nealharwell.com
elybeck@nealharwell.com

*Attorneys for Defendant/Counterclaim-Plaintiff Ted S. Hasselbring*

                                          /s/ Gayle Malone, Jr.

4
60225697.v1
Case 3:18-cv-00046   Document 388   Filed 07/12/21   Page 4 of 4 PageID #: 17085