# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** <br><br> Plaintiff, <br><br> v. <br><br> **SCHOLASTIC, INC., HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and TED S. HASSELBRING,** <br><br> Defendants. | Civil Action No. 3:18-cv-00046 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Jeffery S. Frensley <br><br> **JURY DEMAND** |

## JOINT STATUS REPORT AS TO SETTLEMENT

The parties submit this Joint Status Report as to settlement, pursuant to the Court's Order of July 13, 2021 (Doc. No. 389). The settlement agreement has been executed by all parties. The settlement payment referred to in the Mediator's Report (Doc. No. 388) is due by September 3, 2021. A stipulation and consent order of dismissal with prejudice will be filed within five (5) business days of the referenced payment.

Dated: July 22, 2021    Respectfully submitted,

| | |
|---|---|
| /s/ *John W. Harbin*<br>John W. Harbin<br>Meunier Carlin & Curfman LLC<br>999 Peachtree Street NE, Suite 1300<br>Atlanta, GA 30309<br>jharbin@mcciplaw.com<br><br>Paige W. Mills #016218<br>Robert E. Cooper, Jr. #010934<br>Mary Leigh Pirtle #026659<br>Ashleigh Karnell #036074<br>Bass, Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>(615) 742-6200<br>pmills@bassberry.com<br>rcooper@bassberry.com<br>mpirtle@bassberry.com<br>akarnell@bassberry.com<br><br>*Attorneys for Plaintiff, Vanderbilt University* | /s/ *Edward H. Rosenthal* (w/express permission)<br>Nicole Bergstrom (pro hac vice)<br>Caren Decter (*pro hac vice*)<br>Edward H. Rosenthal (*pro hac vice*)<br>Viviane K. Scott (pro hac vice)<br>Frankfurt, Kurnit, Klein & Selz, P.C<br>28 Liberty Street<br>New York, NY 10005<br>(212) 826-5524<br>cdecter@fkks.com<br>erosenthal@fkks.com<br>nbergstrom@fkks.com<br>vscott@fkks.com<br><br>Thor Y, Urness, #13641<br>Bradley Arant Boult Cummings LLP<br>Roundabout Plaza<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>(615) 244-2582<br>turness@babc.com<br><br>*Attorneys for Defendant Scholastic Inc.* |
| /s/ *Benjamin E. Marks* (w/express permission)<br>Benjamin E. Marks (*pro hac vice*)<br>David J. Lender (*pro hac vice*)<br>Weil, Gotshal & Manges<br>767 Fifth Avenue New York,<br>NY 10153 (212) 310-8000<br>david.lender@weil.com<br>benjamin.marks@weil.com<br><br>Michael G. Abelow, #026710<br>Sherrard Roe Voight & Harbison, PLC 150<br>Third Avenue South, Suite 1100<br>Nashville, TN 37201<br>(615) 742-4532<br>mabelow@srvhlaw.com<br><br>*Attorneys for Defendant Houghton Mifflin Harcourt Publishing Company* | /s/ *Thomas H. Dundon* (w/express permission)<br>Thomas H. Dundon, #004539<br>Aubrey B. Harwell, Jr., #002559<br>Erik C. Lybeck, #035233<br>Neal & Harwell, PLC<br>1201 Demonbreun Street<br>Suite 1000<br>Nashville, TN 37203<br>(615) 244-1713<br>aharwell@nealharwell.com<br>tdundon@nealharwell.com<br>elybeck@nealharwell.com<br><br>*Attorneys for Defendant Ted S. Hasselbring* |

1