IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>SCHOLASTIC, INC., HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and TED S. HASSELBRING,<br><br>Defendants. | Civil Action No. 3:18-cv-00046<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/counterclaim-defendant Vanderbilt University and Defendants Scholastic Inc., Houghton Mifflin Harcourt Publishing Company, and Ted S. Hasselbring hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, and all claims, counterclaims, and causes of action asserted in the action, are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September __9____, 2021

/s/ John W. Harbin
John W. Harbin
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
jharbin@mcciplaw.com

Paige W. Mills #016218
Audrey J. Anderson #031910
Robert E. Cooper, Jr. #010934
Mary Leigh Pirtle #026659
Ashleigh Karnell #036074
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
pmills@bassberry.com
audrey.anderson@bassberry.com
rcooper@bassberry.com
mpirtle@bassberry.com
akarnell@bassberry.com

*Attorneys for Plaintiff, Vanderbilt University*

/s/ Benjamin E. Marks
Benjamin E. Marks (*pro hac vice*)
David J. Lender (*pro hac vice*)
Weil, Gotshal & Manges
767 Fifth Avenue New York,
NY 10153 (212) 310-8000
david.lender@weil.com
benjamin.marks@weil.com

Michael G. Abelow, #026710
Sherrard Roe Voight & Harbison, PLC 150
Third Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4532
mabelow@srvhlaw.com

*Attorneys for Defendant Houghton
Mifflin Harcourt Publishing Company*

/s/ Edward H. Rosenthal
Nicole Bergstrom (pro hac vice)
Caren Decter (*pro hac vice*)
Edward H. Rosenthal (*pro hac vice*)
Viviane K. Scott (pro hac vice)
Frankfurt, Kurnit, Klein & Selz, P.C
28 Liberty Street
New York, NY 10005
(212) 826-5524
cdecter@fkks.com
erosenthal@fkks.com
nbergstrom@fkks.com
vscott@fkks.com

Thor Y, Urness, #13641
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 244-2582
turness@babc.com

*Attorneys for Defendant Scholastic Inc.*

/s/ Thomas H. Dundon
Thomas H. Dundon, #004539
Aubrey B. Harwell, Jr., #002559
Erik C. Lybeck, #035233
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
aharwell@nealharwell.com
tdundon@nealharwell.com
elybeck@nealharwell.com

*Attorneys for Defendant Ted S. Hasselbring*